IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN TSIKOURIS, an individual,<br><br>    Defendant. | Case No. FILED: MAY 19, 2008<br>08 cv 2890    JH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN |

**NOTICE OF CORPORATE AFFILIATES OF PLAINTIFF**
**UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

Plaintiff Universal Underwriters Insurance Company ("UUIC"), pursuant to Local Rule 3.2, furnishes the following Notification of Affiliates:

    1.    UUIC is a wholly-owned subsidiary of Zurich America Insurance Company. Zurich America Insurance Company is a wholly-owned subsidiary of Zurich Holding Company of America, Inc. Zurich Holding Company of America, Inc., is a subsidiary of Zurich Versicherungs-Gesellschaft and Crown Management Services Limited. Zurich Versicherungs-Gesellschaft is a wholly-owned subsidiary of Zurich Group Holding. Zurich Group Holding is a subsidiary of Zurich Financial Services and Allied Zurich Limited.

    2.    No publicly held company directly owns 5% or more of the stock of UUIC.

Respectfully submitted,

UNIVERSAL UNDERWRITERS
INSURANCE COMPANY


By:\_\_\_/s/Sarah M. Konsky\_\_\_\_\_
       One of Its Attorneys

Nigel F. Telman
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn St.
Chicago IL, 60603
(312) 853-7000
Firm No. 42418

CH1 4274902v.1