IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN TSIKOURIS, an individual,<br><br>    Defendant. | Case No. _____<br><br>FILED: MAY 19, 2008<br>08 cv 2890    JH<br>JUDGE DER-YEGHIAYAN<br>MAGISTRATE JUDGE NOLAN |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff Universal Underwriters Insurance Company ("UUIC"), by its attorneys, hereby moves this Court for a temporary restraining order granting UUIC the injunctive relief requested in its Complaint.

In support of its request for a temporary restraining order, UUIC has set forth facts, arguments and authorities warranting the grant of a temporary restraining order in its Memorandum of Law and supporting Declarations, which have been filed along with UUIC's Verified Complaint for Injunctive and Other Relief. UUIC reserves the right to submit additional evidence in advance of and during any hearing on a temporary restraining order, preliminary injunction and/or permanent injunction.

WHEREFORE, Plaintiff UUIC respectfully prays that this Court grant the relief requested herein.

                                        **PLAINTIFF UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

Dated:  May 19, 2008                  By:   /s/Sarah M. Konsky
                                                                One of its Attorneys

Nigel F. Telman
Sarah M. Konsky
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Motion for Temporary Restraining Order has been served by hand delivery to:

>Bryan Tsikouris
>5947 Rosinweed Lane
>Naperville, Illinois  60565

This 19th day of May, 2008.

                                                 /s/Sarah M. Konsky

CH1 4274894v.1