IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 2890 |
| v. | ) ) ) | Judge Samuel Der-Yeghiayan Magistrate Judge Nan R. Nolan |
| BRYAN TSIKOURIS, an individual, | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF EMERGENCY MOTION

To:    Bryan Tsikouris
       5947 Rosinweed Lane
       Naperville, IL  60565

PLEASE TAKE NOTICE that on **Tuesday, May 20, 2008**, at **2:00 p.m.**, or as soon thereafter as counsel may be heard, counsel for Plaintiff Universal Underwriters Insurance Company shall appear before the Honorable Judge Samuel Der-Yeghiayan, in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present **Plaintiff's Motion for Temporary Restraining Order**.

                                                    */s/ Sarah M. Konsky*

Nigel F. Telman
Sarah M. Konsky
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
(312) 853-7000
Firm No. 42418

Attorneys for Plaintiff Universal
Underwriters Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Notice of Emergency Motion has been served by hand delivery to:

Bryan Tsikouris
5947 Rosinweed Lane
Naperville, IL  60565

This 19th day of May, 2008.

/s/ Sarah M. Konsky