# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2890 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Universal Underwriters Insurance Company vs. Tsikouris | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's motion for temporary restraining order [7] is granted. Preliminary injunction hearing set for 06/04/08 at 10:00 a.m. As stated on the record, Defendant's oral motion for expedited and limited discovery is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | maw |
|---|---|---|