IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS <br> INSURANCE COMPANY, <br> a Kansas corporation, <br> <br> Plaintiff, <br> <br> v. <br> <br> BRYAN TSIKOURIS, an individual, <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 08 C 2890 <br> ) <br> ) Judge Samuel Der-Yeghiayan <br> ) <br> ) <br> ) <br> ) |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff Universal Underwriters Insurance Company's ("UUIC") Verified Complaint for Injunctive and Other Relief and Motion for Temporary Restraining Order ("TRO"), and upon consideration of oral argument by counsel for UUIC and counsel for Defendant Bryan Tsikouris ("Tsikouris"), the Court finds that a TRO prior to hearing upon a motion for a preliminary injunction should issue against Tsikouris because UUIC has shown (1) a reasonable likelihood of success on the merits; (2) the absence of an adequate remedy at law or the presence of irreparable harm if a TRO is not granted; (3) that the threatened injury to UUIC outweighs any injury that Tsikouris would suffer if a TRO is granted; and (4) that granting the TRO will serve the public interest.

NOW, THEREFORE, upon motion of UUIC,

IT IS ORDERED that Tsikouris:

(a) cease from procuring, soliciting, accepting, referring, or aiding another in the procurement, solicitation, acceptance or referral of policies, applications or inquiries about insurance from any person, firm, corporation or association then insured or which was insured by a policy, or policies, of insurance issued by UUIC or any of its affiliated companies consistent with Paragraph 7 of Tsikouris' employment agreement with UUIC immediately withdraw from consideration the pending proposal/bid for insurance that Tsikouris recently submitted to Chicago Parts and Sound;

(b) cease directly or indirectly using, transferring, copying, or disclosing to any individual or entity, any confidential and/or proprietary information belonging to UUIC as outlined in Paragraph 5 of Tsikouris' employment agreement with UUIC;

(c) immediately turn over and deliver to UUIC all confidential and/or proprietary information and property of UUIC, however stored or maintained, and all copies thereof.

IT IS FURTHER ORDERED that Tsikouris and all persons acting by, through, under his authority or in privity or concert with him:

Immediately withdraw from consideration any pending proposal/bid for insurance that violates paragraph 7(a) of Tsikouris' employment agreement with UUIC, including any insurance business with Chicago Parts and Sound that may have been solicited by Tsikouris.

The Plaintiff shall post a bond in the amount of $25,000 to secure the issuance of this TRO.

The Plaintiff will post a bond in the amount of $25,000 to secure the issuance of this TRO.

The TRO shall stay in effect until June 4, 2008, at which point Plaintiff may apply to have the TRO extended an additional ten days.

A hearing on UUIC's Motion for Preliminary Injunction will be held on June 4, 2008, at 10:00 a.m. before the Honorable Samuel Der-Yeghiayan, in Courtroom 1903 in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois.

Prior to the hearing, the parties may engage in discovery limited to the issues to be presented at the preliminary injunction hearing. The parties are ordered to confer to develop a reasonable plan for the conducting of discovery.

Tsikouris may file a Memorandum of Law in response to UUIC's Motion for a Preliminary Injunction and shall serve a copy of that Memorandum on counsel for UUIC both by facsimile and U.S. Mail. Tsikouris shall submit a courtesy copy of the Memorandum to the court.

SO ORDERED, this 20th day of May, 2008

*Samuel Der-Yeghiayan*
The Honorable Samuel Der-Yeghiayan
United States District Judge

3