AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

United Underwriters Insurance Company

CASE NUMBER: 08 cv 2890

V.

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

Bryan Tsikouris

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Bryan Tsikouris
5947 Rosinweed Lane
Naperville, IL  60565

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nigel F. Telman
Sarah M. Konsky
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

_Jacquline Holliman_ — May 19, 2008

(By) DEPUTY CLERK  —  Date

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. 08 CV 2890
### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

- ( X ) Summons & Verified Complaint
- (   ) Citation to Discover Assets
- (   ) Rule to Show Cause
- (   ) Subpoena
- ( X ) Other: **Notice of Corporate Affiliates; Notice of Emergency Motion; Motion for Temporary Restraining Order; Memorandum in Support of Motion for Temporary Restraining Order**

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. ( X ) On the within named party, **Bryan Tsikouris**, by leaving a copy with **Vicki Tsikouris**, Wife, who states that they are a member of the household on **May 20, 2008**, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on **05/21/2008**.

3. (   ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**    RACE: **African American**    APPROXIMATE AGE: **30**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **5947 Rosinweed Ln., Naperville, IL 60565**
TIME OF DAY: **10:14 AM**

6. (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **22nd** day of **May 2008**.

OFFICIAL SEAL
HEIDI KOLING
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/02/10

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885