**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Universal Underwriters Insurance Company
                                              Plaintiff,

v.                                                                Case No.:
                                                                   1:08−cv−02890

                                                                   Honorable Samuel Der−Yeghiayan

Bryan Tsikouris
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Counsel for the parties advised the Court that the parties have reached a tentative settlement. Parties have agreed to the continuation of the Court's Temporary Restraining Order entered on 05/20/08, through 06/11/08. Preliminary injunction hearing set for 06/04/08 is stricken. Status hearing set for 06/11/08 at 9:00 a.m. For further details see order dated 06/04/08. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.