IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN TSIKOURIS, an individual,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 08 C 2890<br>)<br>)  Judge Samuel Der-Yeghiayan<br>)  Magistrate Judge Nan R. Nolan<br>)<br>)<br>)<br>) |

**ORDER CONTINUING TEMPORARY RESTRAINING ORDER**

Having been advised by counsel for Plaintiff Universal Underwriters Insurance Company ("UUIC") and counsel for Defendant Bryan Tsikouris ("Tsikouris") that the parties have reached a tentative settlement agreement in the above-captioned matter, and that the parties have agreed to the continuation of the Court's Temporary Restraining Order, through June 11, 2008,

**IT IS HEREBY ORDERED**:

The Temporary Restraining Order entered as of May 20, 2008, shall remain in effect until June 11, 2008. A status hearing shall be held at 9:00 a.m. on June 11, 2008, before the Honorable Samuel Der-Yeghiayan, in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois.

Entered this 4th day of June, 2008

_____
The Honorable Samuel Der-Yeghiayan
United States District Judge