# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2890 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Universal Underwriters Insurance Company vs. Bryan Tsikouris | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 06/24/08 at 9:00 a.m. Counsel for Plaintiff appeared and reported to the Court that the parties have reached a settlement and are finalizing settlement documents. Counsel for Plaintiff further advised the Court that the parties have agreed to maintain the status quo as to the Court's Temporary Restraining Order of 05/20/08 until close of business on 06/24/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|