# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Universal Underwriters Insurance Company

            Plaintiff,

v.                   Case No.: 1:08–cv–02890

                   Honorable Samuel Der–Yeghiayan

Bryan Tsikouris

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

  MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 07/31/08 at 9:00 a.m. Counsel for Plaintiff appeared and reported to the Court that the parties have reached a settlement and that they are finalizing the documents. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.