IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | ) ) ) ) |
| Plaintiff, | ) Case No. 08 cv 2890 ) |
| v. | ) Judge Der-Yeghiayan ) |
| BRYAN TSIKOURIS, an individual, | ) Magistrate Judge Nolan ) |
| Defendant. | ) ) |

## AGREED MOTION FOR PERMANENT INJUNCTION

Pursuant to and in accordance with the parties' settlement agreement in the above-captioned case, Plaintiff Universal Underwriters Insurance Company ("UUIC"), by its attorneys, hereby submits this agreed motion for entry of the parties' agreed Permanent Injunction Order, which is submitted contemporaneously herewith.

WHEREFORE, Plaintiff UUIC respectfully prays that this Court enter the parties' agreed Permanent Injunction Order submitted contemporaneously herewith.

Respectfully submitted,

**PLAINTIFF UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

By: */s/ Sarah M. Konsky*
    One of its Attorneys

Nigel F. Telman
Sarah M. Konsky
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Agreed Motion for Permanent Injunction has been served by hand delivery to counsel for Defendant:

> Steven Rotunno
> Kubasiak, Fylstra, Thorpe & Rotunno P.C.
> 20 S. Clark Street, 29th Floor
> Chicago, IL 60603

This 7th day of July, 2008.

<i>/s/ Sarah M. Konsky</i>