IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 cv 2890 |
| v. | ) ) | Judge Der-Yeghiayan |
| BRYAN TSIKOURIS, an individual, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) ) | |

## NOTICE OF MOTION

To:   Steven Rotunno
      Kubasiak, Fylstra, Thorpe & Rotunno P.C.
      20 S. Clark Street, 29th Floor
      Chicago, IL 60603

PLEASE TAKE NOTICE that on **Tuesday, July 22, 2008, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, counsel for Plaintiff shall appear before the Honorable Presiding Judge Samuel Der-Yeghiayan in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois at the Dirksen Federal Court Building, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Agreed Motion for Permanent Injunction**.

                                        Respectfully submitted,

                                        **PLAINTIFF UNIVERSAL
                                        UNDERWRITERS INSURANCE
                                        COMPANY**

                                        By:  */s/ Sarah M. Konsky*
                                             One of its Attorneys

Nigel F. Telman
Sarah M. Konsky
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Agreed Motion for Permanent Injunction has been served by hand delivery to counsel for Defendant:

> Steven Rotunno
> Kubasiak, Fylstra, Thorpe & Rotunno P.C.
> 20 S. Clark Street, 29th Floor
> Chicago, IL 60603

This 8th day of July, 2008.

*/s/ Sarah M. Konsky*