# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2890 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Universal Underwriters vs. Tsikouris | | |

**DOCKET ENTRY TEXT**

Plaintiff's agreed motion for permanent injunction [18] is granted.  As stated on the record, Plaintiff to file the appropriate motion to dismiss.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|