IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | )<br>)<br>)<br>) | |
| Plaintiff, | ) | Case No. 08 C 2890 |
| | ) | |
| v. | )<br>) | Judge Samuel Der-Yeghiayan<br>Magistrate Judge Nan R. Nolan |
| BRYAN TSIKOURIS, an individual, | )<br>) | |
| Defendant. | )<br>) | |

**PERMANENT INJUNCTION ORDER**

IT IS ORDERED that Bryan Tsikouris shall:

(a) Cease from directly or indirectly procuring, soliciting, accepting, referring, or aiding another in the procurement, solicitation, acceptance or referral of policies, applications or inquiries about insurance from any person, firm, corporation or association then insured or which was insured by a policy, or policies, of insurance issued or procured by Universal Underwriters Insurance Co. ("UUIC") or any of its affiliated companies consistent with Paragraph 7 of Tsikouris' employment agreement with UUIC. It is understood that Tsikouris cannot solicit, but may *only accept* policies, applications or inquiries about insurance from former UUIC customers that UUIC has notified it will neither renew previously-issued policies of insurance in any product line nor seek to bid for any of that customer's future insurance business in any product line.

(b) Withdraw from consideration any pending proposal/bid for insurance that violates Paragraph (a) of this Order.

(c) Cease directly or indirectly using, transferring, copying, or disclosing to any individual or entity, any confidential and/or proprietary information belonging to UUIC as outlined in Paragraph 5 of Tsikouris' employment agreement with UUIC.

(d)   Immediately turn over and deliver to UUIC all confidential and/or proprietary information and property of UUIC, however stored or maintained, and all copies thereof.

This Order shall remain in effect until May 17, 2009.

SO ORDERED, this 22nd day of July, 2008

*Samuel Der-Yeghiayan*
The Honorable Samuel Der-Yeghiayan
United States District Judge

2