IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a Kansas corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 cv 2890 |
| v. | ) ) | Judge Der-Yeghiayan |
| BRYAN TSIKOURIS, an individual, | ) ) | Magistrate Judge Nolan |
| Defendant. | ) ) ) | |

## AGREED MOTION TO DISMISS

Pursuant to and in accordance with the parties' settlement agreement in the above-captioned case, Plaintiff Universal Underwriters Insurance Company ("UUIC"), by its attorneys, hereby submits this agreed motion to dismiss the above-captioned action without prejudice, with said dismissal to become with prejudice on September 1, 2009.

WHEREFORE, Plaintiff UUIC respectfully prays that this Court dismiss the above-captioned action, with said dismissal to become with prejudice on September 1, 2009.

Respectfully submitted,

**PLAINTIFF UNIVERSAL UNDERWRITERS INSURANCE COMPANY**

By: */s/ Sarah M. Konsky*
    One of its Attorneys

Nigel F. Telman
Sarah M. Konsky
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Case 1:08-cv-02890   Document 22   Filed 07/23/2008   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing Agreed Motion to Dismiss has been served by hand delivery to counsel for Defendant:

> Steven Rotunno
> Kubasiak, Fylstra, Thorpe & Rotunno P.C.
> 20 S. Clark Street, 29th Floor
> Chicago, IL 60603

This 23rd day of July, 2008.

*/s/ Sarah M. Konsky*