# United States District Court

## Northern District of Illinois
Eastern Division

| | |
|---|---|
| Universal Underwriters Insurance Co | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 2890 |
| Bryan Tsikouris | |

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that permanent injunction [21] having been entered on 07/22/08, Plaintiff's agreed motion to dismiss [22] is granted. The instant action is hereby dismissed pursuant to the permanent injunction [21]and on Plaintiff's agreed motion to dismiss [22]. All pending dates and motions are hereby stricken as moot.

Michael W. Dobbins, Clerk of Court

Date: 7/30/2008

    Michael Wing
/s/ Michael A. Wing, Deputy Clerk